[No. 70363-3-I. Division One. August 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MANOA VAIPAPALANGI MOTULIKI, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-01376-6, Richard A. Melnick, J., entered December 19, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Dwyer, J.

[No. 70367-6-I. Division One. August 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TONYA LYNN CARLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00526-1, James W. Lawler, J., entered February 15, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Verellen, JJ.